# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 2012-cv-01080-RBJ-BNB

D.R. HORTON, INC.-DENVER d/b/a TRIMARK COMMUNITIES, a Delaware Corporation;
D.R. HORTON, INC., a Delaware Corporation,

    Plaintiffs,

vs.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,

    Defendants.

**ORDER RE: JOINT STIPULATED MOTION FOR EXTENSION OF FILING DEADLINES FOR MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

This matter comes before the Court on the parties' Joint Stipulated Motion for Extension of Filing Deadlines for Motions for Partial Summary Judgment.

Being fully advised on the premises, the Court hereby GRANTS the Motion. Plaintiffs will have through and until Tuesday, August 21, 2012 to file their Motion for Partial Summary Judgment on the issue of joint and several liability of the duty to defend, and Defendants will have through and until Tuesday, August 21, 2012 to file their Motion(s) for Determination as a Matter of Law on Plaintiffs' status as "first-party claimants" under C.R.S. §§ 10-3-1115, 1116.

The response briefing deadline is hereby moved to Tuesday, September 4, 2012. The reply briefing deadline is hereby moved to Tuesday, September 18, 2012.

DATED this 20th day of August, 2012.

BY THE COURT:

The Honorable R. Brooke Jackson
United States District Court Judge for the
District of Colorado