# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01080-RBJ

D.R. HORTON, INC. – DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation;
D.R. HORTON, INC, a Delaware corporation,

    Plaintiffs,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and
HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,

    Defendants.

---

## ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' THIRD CLAIM FOR RELIEF AS AGAINST CONTINENTAL WESTERN INSURANCE COMPANY

---

THIS MATTER, having come before the Court on Plaintiffs D.R. Horton, Inc. - Denver d/b/a Trimark Communities and D.R. Horton, Inc. and Defendant Continental Western Insurance Company's Stipulation for Dismissal without Prejudice of Plaintiffs' Third Claim for Relief as against Continental Western Insurance Company, and the Court having reviewed the Stipulation and being advised as to all matters thereto,

HEREBY ORDERS that the Stipulation is granted and that Plaintiffs' Third Claim for Relief (Statutory Bad Faith Breach of Insurance Contract, C.R.S. §10-3-1116) is dismissed without prejudice, as against CWIC only, with each party to pay their own attorneys' fees and costs. Plaintiffs' Third Claim for Relief shall remain pending against all Defendants except CWIC and the dismissal of such claim as against CWIC shall have no impact on Plaintiffs'

ability to pursue such claim to conclusion against the remaining, non-dismissed Defendants.

DATED this 3th of January, 2013

BY THE COURT:

*Brooke Jackson*

_____

District Court Judge R. Brooke Jackson