**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01080-RBJ

D.R. HORTON, INC. – DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation;
D.R. HORTON, INC, a Delaware corporation

    Plaintiffs,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and
HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' THIRD CLAIM FOR RELIEF AS AGAINST ZURICH AMERICAN INSURANCE COMPANY**

---

THIS MATTER, having come before the Court on the Stipulation for Dismissal with Prejudice of Plaintiffs' Third Claim for Relief as against Zurich American Insurance Company filed by Plaintiffs and Zurich, and the Court having reviewed the Stipulation and being advised as to all matters thereto,

HEREBY ORDERS that the Stipulation is granted and that Plaintiffs' Third Claim for Relief (Statutory Bad Faith Breach of Insurance Contract, C.R.S. §10-3-1116) is dismissed with prejudice, as against Zurich American Insurance Company only, with each party to pay their own attorneys' fees and costs. Plaintiffs' Third Claim for Relief shall remain pending against Defendant Mountain States Mutual Casualty Company, and the dismissal of such claim as

{00394696.DOC; 1}

against Zurich shall have no impact on Plaintiffs' ability to pursue such claim to conclusion against Mountain States Mutual Casualty Company.

DATED this 20th day of February, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge