IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-01080-RBJ-BNB | Date: May 17, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| D.R. HORTON, INC. – DENVER<br>D.R. HORTON, INC.<br>**Plaintiff(s)** | *Scott W. Wilkinson*<br>*Patrick J. Kanouff* |
| v. | |
| MOUNTAIN STATES MUTUAL CASUALTY COMPANY<br>ZURICH AMERICAN INSURANCE COMPANY<br>CONTINENTAL WESTERN INSURANCE COMPANY<br>HARTFORD CASUALTY INSURANCE COMPANY<br>HARTFORD FIRE INSURANCE COMPANY<br>**Defendant(s)** | *Joseph F. Bermudez* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:29 a.m.  Appearance of counsel.

Argument presented on Motion to Compel F.R.C.P. 30(b)(6) Examination of Plaintiff, for Sanctions Pursuant to F.R.C.P. 30 and 37, and Request for Forthwith Ruling.

**ORDERED: Motion to Compel F.R.C.P. 30(b)(6) Examination of Plaintiff, for Sanctions Pursuant to F.R.C.P. 30 and 37, and Request for Forthwith Ruling is GRANTED in part as stated on the record.  Discovery is reopened for additional deposition.  Deposition is to occur on or before June 14, 2013.**

**Motion for fees and costs is GRANTED. Attorneys are to confer on reasonable attorney fees. If they are unable to reach a resolution, Mr. Bermudez is to file a motion on or before June 21, 2013.**

Court in Recess:  9:18 a.m.     Hearing concluded.     Total time in Court:  00:49

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119