**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01080-RBJ

D.R. HORTON, INC. – DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation;
D.R. HORTON, INC, a Delaware corporation

    Plaintiffs,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and
HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation

    Defendants.

---

**ORDER GRANTING MOTION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' SECOND CLAIM FOR RELIEF (AGAINST ALL DEFENDANTS) AND PLAINTIFFS' FIRST CLAIM FOR RELIEF (AS AGAINST DEFENDANTS ZURICH, CONTINENTAL WESTERN AND HARTFORD FIRE)**

---

    THIS MATTER, having come before the Court on the Motion for Dismissal Without Prejudice of Plaintiffs' Second Claim for Relief (against all Defendants) and Plaintiffs' First Claim for Relief (as against Defendants Zurich, Continental Western and Hartford Fire) (the "Motion"), and the Court having reviewed the Motion and being advised as to all matters thereto,

    HEREBY ORDERS that the Motion is granted as follows:

    1.    Plaintiffs' First Claim for Relief (Declaratory Judgment) is dismissed without prejudice as against all Defendants **except** Defendant Mountain States;

    2.    Plaintiffs Second Claim for Relief (Breach of Contract) is dismissed without prejudice as against all Defendants.

    The dismissal provided for herein leaves pending only Plaintiffs' First Claim for Relief (Declaratory Judgment) against Defendant Mountain States and Plaintiffs' Third Claim for Relief (under C.R.S. §§ 10-3-1115 and 1116) against Defendant Mountain States. The dismissals provided for herein shall have no impact on such remaining claims, nor shall they have any impact on Plaintiffs' ability to pursue such remaining claims through to their conclusion.

DATED this 11th day of December, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge