IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01080-RBJ

D.R. HORTON, INC. – DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation;
D.R. HORTON, INC., a Delaware corporation,

      Plaintiffs,

   v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,
CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation,
HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and
HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,

      Defendants.

---

ORDER REGARDING CUSTODY OF EXHIBITS

---

Counsel for the plaintiff, D.R. Horton, Inc., and for the defendant, Mountain States Mutual Casualty Company, shall arrange pick up and retain custody of their respective exhibits submitted at the bench trial that concluded on June 25, 2014. Counsel is further ordered to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

Counsel may pick up items at the Clerk of Court's Office, 901 19th Street, Room A-105, Denver, Colorado, 80294. Further inquiries may be directed to the Courtroom Deputy Clerk, Julie Dynes, at 303-335-2054.

DATED this 21st day of November, 2014.


BY THE COURT:


_____

R. Brooke Jackson

United States District Judge