# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01080-RBJ

D.R. HORTON, INC. – DENVER d/b/a TRIMARK COMMUNITIES, a Delaware corporation;
D.R. HORTON, INC, a Delaware corporation

    Plaintiffs,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a New Mexico corporation;
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation; and
HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation

    Defendants.

_____

## ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
_____

**THIS MATTER**, having come before the Court on the Parties' Stipulated Motion for Voluntary Dismissal with Prejudice (the "Motion"), and the Court having reviewed the Motion and being otherwise fully advised as to all matters thereto,

**HEREBY ORDERS** that the Motion is granted. All claims between and amongst Plaintiffs D.R. Horton, Inc.-Denver d/b/a Trimark Communities and D.R. Horton, Inc., and Defendant Mountain States Mutual Casualty Company are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with the same.

Done this 23rd day of January, 2015.

                BY THE COURT:

                */s/ Brooke Jackson*

                 Judge R. Brooke Jackson
                 U.S. District Court Judge